UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                  :

LYNN ZELVIN, *on behalf of himself and all others*
*similarly situated*,                  :

                  :

           Plaintiff,      :        23 Civ. 8992 (JPC)

                  :

     -v-                :        <u>ORDER</u>

                  :

DO IT BEST COMMERCE CO., LLC,    :

                  :

           Defendant.    :

                  :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On October 27, 2023, Plaintiff served Defendant with copies of the Summons and
Complaint. Dkt. 5. Defendant's deadline to respond to the Complaint was therefore November 17,
2023. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect
a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte*
Defendant's deadline to respond to the Complaint until November 27, 2023. If Defendant once
again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate
of Default by December 4, 2023.

      SO ORDERED.

Dated: November 20, 2023
     New York, New York                     JOHN P. CRONAN
                                   United States District Judge